LAWRENCE J. GORNICK, ESQ. (SBN 136290)
EMILY CHARLEY, ESQ. (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, California  94104
Telephone      (415) 646-7160
Facsimile      (415) 981-1270

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

BENJAMIN WOLFF,                                    ) Case No. C 06 1049 MMC
                                                   )
        Plaintiff,                              ) **NOTICE OF VOLUNTARY DISMISSAL**
                                                   )
        vs.                                     )
                                                   ) **HON. MAXINE M. CHESNEY**
ELI LILLY AND COMPANY                              )
                                                   )
        Defendants.                             )
                                                   )

     NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a), plaintiff voluntarily

dismisses the above-captioned action without prejudice.

Dated: April 18, 2006                    **LEVIN SIMES KAISER & GORNICK LLP**


                                Emily Charley
                                Attorneys for Plaintiff


Dated: April 20, 2006

IT IS SO ORDERED

Judge Maxine M. Chesney

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA